FILED: July 28, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-4499 (L)
(2:17-cr-00126-RAJ-LRL-3)

_____

UNITED STATES OF AMERICA

　　Plaintiff - Appellee

v.

BILLY J. SEABOLT

　　Defendant - Appellant

_____

O R D E R

_____

The court grants counsel's motion to withdraw from further representation.

Entered at the direction of the panel: Judge Rushing, Judge Benjamin, and Senior Judge Keenan.

　　　　　　　　　　　　For the Court

　　　　　　　　　　　　/s/ Patricia S. Connor, Clerk